UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK    **JUDGE SWEET**
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    NOTICE OF INTENT TO FILE
                                           INFORMATION
        - v. -                        :
                                           08 Cr. ___
MOISE CONCEPCION,                     :

        Defendant.                    :

- - - - - - - - - - - - - - - - - - - x

**08 CRIM 796**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        August 14, 2008

                        MICHAEL J. GARCIA
                        United States Attorney

                By:     /s/ Parvin Moyne
                        PARVIN MOYNE
                        Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                By:     /s/ Meredith Heller
                        Meredith Heller, Esq.
                        Attorney for MOISE CONCEPCION